UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELENA IZKHAKOV,                                :    *ECF Case*
                         Plaintiff,   :    12 Civ. 0348 (ALC)(MHD)

v.                                             :

                                                   :    **RULE 7.1**
                                                   :    **<u>DISCLOSURE STATEMENT</u>**
EDUCATIONAL COMMISSION FOR    :
FOREIGN MEDICAL GRADUATES,

                       Defendant.   :
------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant, the Educational Commission of Foreign Medical Graduates, certify that the Educational Commission for Foreign Medical Graduates is a non-profit corporation with no parent corporations and no publicly held stock.

                                                Respectfully submitted,

March 19, 2012                       /s/ Heather L. Hopkins
Date                                           Heather L. Hopkins (HH-6839)
                                                Morgan, Lewis & Bockius LLP
                                                101 Park Avenue
                                                New York, New York 10178-0060
                                                212.309.6000 (tele)
                                                212.309.6001 (fax)
                                                hhopkins@morganlewis.com

                                                OF COUNSEL:
                                                Brian W. Shaffer
                                                Morgan, Lewis & Bockius LLP
                                                1701 Market Street
                                                Philadelphia, Pennsylvania 19103-2921
                                                215.963.5000 (tele)
                                                215.963.5001 (fax)
                                                bshaffer@morganlewis.com

                                                *Attorneys for Defendant Educational Commission*
                                                *for Foreign Medical Graduates*