UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELENA IZKHAKOV,                                  :   *ECF Case*
                                                 :
               Plaintiff,                       :   **12 Civ. 0348 (ALC)(MHD)**
                                                 :
   -against-                                    :   **NOTICE OF MOTION**
                                                 :   **TO TRANSFER VENUE**
                                                 :   **PURSUANT TO**
EDUCATIONAL COMMISSION FOR                       :   **28 U.S.C § 1404(a)**
FOREIGN MEDICAL GRADUATES,                       :
                                                 :
                                                 :
               Defendant.                       :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE that Defendant the Educational Commission for Foreign Medical Graduates ("ECFMG"), pursuant to 28 U.S.C. § 1404(a), Rule 7(b) of the Federal Rules of Civil Procedure, and the Individual Rules of this Court, and upon (1) the accompanying Defendant ECFMG's Memorandum of Law in Support of its Motion to Transfer Venue and (2) the Declaration of William C. Kelly, move to be heard before the Honorable Michael H. Dolinger, United States Magistrate Judge, on a date and time designated by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order to transfer venue of the above-captioned matter from the Southern District of New York to the Eastern District of Pennsylvania.

| March 19, 2012 | /s/ Heather L. Hopkins |
|---|---|
| Date | Heather L. Hopkins (HH-6839) |
| | Morgan, Lewis & Bockius LLP |
| | 101 Park Avenue |
| | New York, New York 10178-0060 |
| | 212.309.6000 (tele) |
| | 212.309.6001 (fax) |
| | hhopkins@morganlewis.com |

1

OF COUNSEL:
Brian W. Shaffer
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
215.963.5000 (tele)
215.963.5001 (fax)
bshaffer@morganlewis.com

*Attorneys for Defendant Educational Commission for Foreign Medical Graduates*