UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
**Elena Izkhakov**                         :
                                           :
                          Plaintiff,       :    12 Civ. 348 (ALC)
                                           :
              -against-                    :    **ORDER**
                                           :
**Educational Commission for Foreign Medical** :
**Graduates,**                             :
                                           X
                          Defendant.
------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

    A party that wishes to make a motion to change venues ordinarily must first request a pre-motion conference with the Court. However, rather than terminate the motion at this time, the Court will schedule a pre-motion conference for March 28, 2012 at 10:30 a.m. in Courtroom 9A. The time for Plaintiff to submit a brief in opposition will be determined at the conference.

Dated:   New York, New York
         March 20, 2012

SO ORDERED.

                                    ANDREW L. CARTER, JR.
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-21-12