UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| ELENA IZKHAKOV, | : | *ECF Case* |
| | : | |
| Plaintiff, | : | 12 Civ. 0348 (ALC)(MHD) |
| | : | |
| -against- | : | |
| | : | **NOTICE OF MOTION** |
| | : | **TO ADMIT COUNSEL** |
| EDUCATIONAL COMMISSION FOR | : | ***PRO HAC VICE*** |
| FOREIGN MEDICAL GRADUATES, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

To:   Christopher E. Chang, Esq.
      Law Offices of Christopher E. Chang
      140 Broadway, 46th Floor
      New York, New York 10005

      Barry L. Black
      Law Offices of Barry Black, P.C.
      479 South Oyster Bay Road
      Plainview, NY 11803

PLEASE TAKE NOTICE that upon the annexed Affirmation of Heather L. Hopkins in support of this Motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Andrew L. Carter, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of Margaret E. Rodgers Schmidt, a member of the law firm MORGAN, LEWIS & BOCKIUS LLP and a member in good standing of the Bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part.

Dated: March 26, 2012               MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                    Heather L. Hopkins (HH-6839)
                                    101 Park Avenue
                                    New York, New York 10178
                                    (212) 309-6779
                                    hhopkins@morganlewis.com
                                    *Attorney for the Educational Commission*
                                    *for Foreign Medical Graduates*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELENA IZKHAKOV,                          :     *ECF Case*
                                         :
                          Plaintiff,     :     12 Civ. 0348 (ALC)(MHD)
                                         :
     -against-                           :
                                         :     AFFIRMATION OF
                                         :     HEATHER L. HOPKINS
EDUCATIONAL COMMISSION FOR               :     IN SUPPORT OF
FOREIGN MEDICAL GRADUATES,               :     MOTION TO ADMIT
                                         :     COUNSEL *PRO HAC*
                                         :     *VICE*
                          Defendant.     :
------------------------------------------------------------x

     HEATHER L. HOPKINS, an attorney admitted to practice in the Courts of the State of New York and this court, affirms as follows under the penalties of perjury:

1.     I am associated with the law firm of Morgan, Lewis & Bockius LLP, counsel to Defendant the Educational Commission for Foreign Medical Graduates ("ECFMG") in this action. I make this application in support of ECFMG's motion to admit Margaret E. Rodgers Schmidt *pro hac vice* to appear on behalf of ECFMG in this action.

2.     Ms. Schmidt is a resident of Pennsylvania and is a member of the law firm of Morgan, Lewis & Bockius LLP. Her office address is 1701 Market Street, Philadelphia, PA 19103.

3.     As shown in the Certificates of Good Standing annexed hereto, Ms. Schmidt is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4.     Ms. Schmidt has not been disciplined by any Court or any administrative body, nor is she the subject of any pending disciplinary proceeding.

5.     Prior to filing this Motion, Ms. Schmidt conferred with opposing counsel who has indicated that they do not intend to oppose ECFMG's Motion.

WHEREFORE ECFMG respectfully submits that Margaret E. Rodgers Schmidt be permitted to appear as co-counsel and advocate for ECFMG.

Dated: March 26, 2012                                MORGAN, LEWIS & BOCKIUS LLP

By _____
Heather L. Hopkins (HH-6839)
101 Park Avenue
New York, New York 10178
(212) 309-6779
hhopkins@morganlewis.com
*Attorney for the Educational Commission for Foreign Medical Graduates*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELENA IZKHAKOV,                              :     *ECF Case*
                                             :
                          Plaintiff,         :     12 Civ. 0348 (ALC)(MHD)
                                             :
         -against-                            :
                                             :     **[PROPOSED] ORDER**
                                             :     **GRANTING MOTION**
EDUCATIONAL COMMISSION FOR                   :     **TO APPEAR**
FOREIGN MEDICAL GRADUATES,                   :     *PRO HAC VICE*
                                             :
                                             :
                          Defendant.         :
-----------------------------------------------------------------x

    WHEREAS, on March 26, 2012, Defendant the Educational Commission for Foreign Medical Graduates, moved this Court for an order to admit Margaret E. Rodgers Schmidt to appear *pro hac vice* to appear on behalf of it in this action, it is hereby

    **ORDERED** that, Margaret E. Rodgers Schmidt is admitted *pro hac vice* to appear on behalf of Defendant the Educational Commission for Foreign Medical Graduates.


Dated: March ___, 2012

                                                                                                             Andrew L. Carter
                                                                                                             United States District Judge



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Margaret E. Rodgers Schmidt, Esq.*

**DATE OF ADMISSION**

*November 10, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 23, 2012

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELENA IZKHAKOV,                              :        *ECF Case*
                                             :
                        Plaintiff,           :        12 Civ. 0348 (ALC)(MHD)
                                             :
    -against-                                :
                                             :        **AFFIRMATION OF**
                                             :        **SERVICE**
EDUCATIONAL COMMISSION FOR                   :
FOREIGN MEDICAL GRADUATES,                   :
                                             :
                                             :
                        Defendant.           :
------------------------------------------------------------x

HEATHER L. HOPKINS, an attorney admitted to practice in the Courts of the State of New York and this court, affirms under penalty of perjury that on this 26th day of March, 2012, I caused true and correct copies of the foregoing Notice of Motion to Admit Counsel *Pro Hac Vice*, Affirmation of Heather L. Hopkins in Support of Motion to Admit Counsel *Pro Hac Vice*, Certificate of Good Standing and Proposed Order to be delivered to counsel of record for Plaintiff via Federal Express:

Christopher E. Chang, Esq.
Law Offices of Christopher E. Chang
140 Broadway, 46th Floor
New York, New York 10005

Barry L. Black
Law Offices of Barry Black, P.C.
479 South Oyster Bay Road
Plainview, NY 11803

1

2

| | |
|---|---|
| Dated: March 26, 2012 | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: *[signature]*<br>Heather L. Hopkins (HH-6839)<br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-6779<br>hhopkins@morganlewis.com<br>*Attorney for the Educational Commission*<br>*for Foreign Medical Graduates* |

2