UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Elena Izkhakov,

                                            **Notice of Court Conference**

             Plaintiffs.,                       12-CV-348 (ALC)(MHD)

             -against-

Educational Commission for Foreign
Medical Graduates,

             Defendants.,
----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      A **TELEPHONE CONFERENCE** is scheduled for **April 24, 2013** at 2:30 p.m.   The Court will initiate the call.

      SO ORDERED.

Dated: New York, New York
       April 19, 2013

                                                    */s/ Andrew L. Carter, Jr.*
                                                    ANDREW L. CARTER, JR.
                                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-13