**MEMO ENDORSED**



**LAW OFFICES OF BARRY BLACK, P.C.**

479 South Oyster Bay Rd, Plainview, NY 11803 • Tel (516) 247-1510 • Fax (516) 247-1511

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-1-13

May 1, 2013

RECEIVED
MAY 07 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

          Re:  Izkhakov v. ECFMG
               12 Civ. 0348 (ALC)(MHD)

Dear Judge Carter:

    In light of the Court's telephone conference last week with counsel, and upon further discussion with Plaintiff, Plaintiff shall not apply for the relief discussed at last week's conference.

    Plaintiff thanks the Court for its time and consideration.

                                   Respectfully submitted,

                                   Barry Black

cc: Elisa McEnroe, Esq. (via email)

SO ORDERED:

/s/ Hon. Andrew L. Carter, Jr.
UNITED STATES DISTRICT JUDGE   5-1-13